**KELLER POSTMAN LLC**
Warren D. Postman (330869)
wdp@kellerpostman.com
Albert Y. Pak (*pro hac vice* forthcoming)
albert.pak@kellerpostman.com
1100 Connecticut Ave, N.W. Suite 1100
Washington, D.C. 20036
Telephone: 202-918-1123
Facsimile: 312-971-3502

Patrick A. Huber (*pro hac vice* forthcoming)
patrick.huber@kellerpostman.com
150 North Riverside Plaza, Suite 4100
Chicago, IL 60606
Telephone: 312-280-5790
Facsimile: 312-971-3502

**DAVIS & NORRIS, LLP**
Frank Davis (*pro hac vice* forthcoming)
fdavis@davisnorris.com
Wesley W. Barnett (*pro hac vice* forthcoming)
wbarnett@davisnorris.com
Dargan Ware (329215)
dware@davisnorris.com
The Bradshaw House
2154 Highland Avenue
Birmingham, AL 35205
Telephone: (205) 930-9976

*Attorneys for Petitioners*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCUS BROOKS, KATHARINE GUZENSKI, RODRIGO MALDONADO, CANDIDA ORTIZ, and COURTNEY WALKER,<br><br>Petitioners,<br><br>vs.<br><br>WARNERMEDIA DIRECT, LLC,<br><br>Respondents. | Case No. 2:23-cv-07579 GW (MRWx)<br><br>**DECLARATION OF PATRICK A. HUBER IN SUPPORT OF PETITIONERS' PETITION TO COMPEL ARBITRATION**<br><br>**Judge George H. Wu**<br><br>**Date**: November 6, 2023<br>**Time**: 8:30 AM |

I, Patrick Huber, declare as follows:

1. I am over 18 years of age and am competent to testify to the matters in this declaration. I have personal knowledge of each matter attested to in this document.

2. Attached as Exhibit A to this declaration is a true and correct copy of the HBO Max Terms of Use dated April 29, 2020.

3. Attached as Exhibit B to this declaration is a true and correct copy of the HBO Max Terms of Use dated October 19, 2021.

4. Attached as Exhibit C to this declaration is a true and correct copy of the HBO Max Terms of Use dated November 1, 2022.

5. Attached as Exhibit D to this declaration is a true and correct copy of the HBO Max Terms of Use dated December 20, 2022.

6. Attached as Exhibit E to this declaration is a true and correct copy of the Max Terms of Use dated May 23, 2023.

7. Petitioners Marcus Brooks, Katharine ("Rose") Guzenski, Rodrigo Maldonado, Candida Ortiz, and Courtney Walker (collectively, "Petitioners") each served a Notice of Dispute on WarnerMedia in January 2023. Attached as Exhibit F (Petitioner Brooks), Exhibit G (Petitioner Guzenski), Exhibit H (Petitioner Maldonado), Exhibit I (Petitioner Ortiz), and Exhibit J (Petitioner Walker) to this declaration are true and correct copies of those Notices of Dispute.

8. On January 9, 2023, Keller Postman caused service of Notices of Dispute for Petitioners Guzenski, Walker, and Maldonado by sending physical copies of these Notices

of Dispute to WarnerMedia via U.S. Mail at its headquarters in New York, New York. These Notices were delivered on January 10, 2023. On January 12, 2023, Keller Postman caused service of a Notice of Dispute for Petitioner Brooks by sending a physical copy of the Notice of Dispute via U.S. Mail to WarnerMedia at its headquarters in New York. This Notice of Dispute was delivered on January 13, 2023. Finally, on January 18, 2023, Keller Postman caused service of a Notice of Dispute for Petitioner Ortiz by sending a physical copy of the Notice of Dispute to WarnerMedia via U.S. Mail at its headquarters in New York. This Notice was delivered on January 19, 2023. All of the physical copies of Petitioners' Notices of Dispute were mailed through a third-party printing vendor located in New York, New York.

9. Additionally, on the same day as the respective mailings of the physical copies, Keller Postman served Petitioners' Notices of Dispute by sending a thumb drive containing electronic copies of these Notices of Dispute to WarnerMedia at its headquarters in New York, New York. Finally, on the same day that the respective physical and electronic copies were served through mailing, Keller Postman separately served electronic copies of these Notices of Dispute via e-mail to WarnerMedia at notice@wbd.com.

10. On July 18, 2023, Petitioners each filed an individual arbitration demand against WarnerMedia with AAA. Attached as Exhibit K (Petitioner Brooks), Exhibit L (Petitioner Guzenski), Exhibit M (Petitioner Maldonado), Exhibit N (Petitioner Ortiz), and Exhibit O (Petitioner Walker) to this declaration are true and correct copies of those

arbitration demands. On July 18, 2023, I electronically filed those arbitration demands with the AAA.

11. Attached as Exhibit P to this declaration is a true and correct copy of the July 19, 2023 letter from WarnerMedia to Keller Postman.

12. Attached as Exhibit Q to this declaration is a true and correct copy of the July 20, 2023 email from P. Huber to AAA and WarnerMedia.

13. Attached as Exhibit R to this declaration is a true and correct copy of the August 11, 2023 Letter from AAA to Counsel.

14. Attached as Exhibit S to this declaration is a true and correct copy of the AAA Consumer Arbitration Rules, amended and effective September 1, 2014.

15. Attached as Exhibit T to this declaration is a true and correct copy of Senate Bill 707.

I affirm that these facts are true under penalty of perjury under the laws of the United States and the State of Illinois.

Dated: September 25, 2023

                                                          */s/ Patrick A. Huber*
Patrick A. Huber
patrick.huber@kellerpostman.com
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Telephone: 312-280-5790

*Counsel for Petitioners*