UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCUS BROOKS, KATHARINE GUZENSKI, RODRIGO MALDONADO, CANDIDA ORTIZ, and COURTNEY WALKER,<br><br>                              Petitioners,<br><br>                -v.-<br><br>WARNERMEDIA DIRECT, LLC,<br><br>                              Respondent. | 23 Civ. 11030 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On December 20, 2023, the above-captioned action was transferred into this Court from the United States District Court, Central District of California (Dkt. #58).

The Court hereby ORDERS the parties to file a joint letter with this Court on or before **January 5, 2024**, proposing a schedule for the remainder of the briefing on Petitioners' Petition to Compel Arbitration (Dkt. #1) and Respondent's Cross-Petition to Compel Arbitration (Dkt. #48).

SO ORDERED.

Dated:   December 27, 2023
         New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge